NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JIMMY LEE WHEELER,                    )
                                      )
      Appellant,                     )
                                      )
v.                                    )    Case No. 2D19-162
                                      )
STATE OF FLORIDA,                     )
                                      )
      Appellee.                      )
_____)

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

Jimmy Lee Wheeler, pro se.


PER CURIAM.


      Affirmed.  See Wheeler v. State, 237 So. 3d 975 (Fla. 2d DCA 2017)

(table decision); Martin v. State, 987 So. 2d 141 (Fla. 2d DCA 2008); McGuire v. State,

979 So. 2d 262 (Fla. 2d DCA 2007).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.